**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis Enrique DIAZ, Defendant–
Appellant.**

**No. 12–12147
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 2, 2012.

Wifredo A. Ferrer, Alison Whitney Lehr, Kurt K. Lunkenheimer, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Robert N. Berube, Robin J. Farnsworth, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Fort Lauderdale, FL, for Defendant–Appellant.

Luis Enrique Diaz, Estill, SC, pro se.

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Luis Enrique Diaz in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of

merit, counsel's motion to withdraw is **GRANTED,** and Diaz's convictions and sentences are **AFFIRMED.**